| Attorney or Party without Attorney: <br> L. TIMOTHY FISHER (SBN 191626) <br> Bursor & Fisher, P.A. <br> 1990 N California Blvd Suite 940 <br> Walnut Creek, CA 94596 <br> Telephone No: 925-300-4455 <br><br> Attorney For: Plaintiff | Ref. No. or File No.: <br> 3436 YouTube A.I. | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: DAVID MILLETTE |
| Defendant: GOOGLE LLC; et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:24-cv-04708-EJD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Civil Cover Sheet; Class Action Complaint; Consent Or Declination To Magistrate Judge Jurisdiction; Standing Order For Civil Cases; Waiver Of The Service Of Summons; Notice Of A Lawsuit And Request To Waive Service Of A Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For All Judges; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Eligibility For Video Recording; Ecf Registration Information; Order Reassigning Case

3. a. Party served: GOOGLE LLC
   b. Person served: Maddie Bright, authorized employee associate, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 14 2024 (2) at: 01:52 PM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)          d. **The Fee** for Service was: 83.39
   b. **FIRST LEGAL**
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/14/2024

(Date)                                                                           (Signature)



PROOF OF SERVICE

11612392
(6122079)