| Attorney or Party without Attorney:<br>L. TIMOTHY FISHER (SBN 191626)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>Telephone No: 925-300-4455<br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>3436 YouTube A.I. | |

Insert name of Court, and Judicial District and Branch Court:
IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: DAVID MILLETTE
Defendant: GOOGLE LLC; et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:24-cv-04708-EJD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Civil Cover Sheet; Class Action Complaint; Consent Or Declination To Magistrate Judge Jurisdiction; Standing Order For Civil Cases; Waiver Of The Service Of Summons; Notice Of A Lawsuit And Request To Waive Service Of A Summons; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Standing Order For All Judges; Order Setting Initial Case Management Conference And Adr Deadlines; Notice Of Eligibility For Video Recording; Ecf Registration Information; Order Reassigning Case

3. a. Party served:     YOUTUBE INC.
   b. Person served:   Robin Hutt-Banks, Authorized to Accept Service for The Corporation Trust Company, Agent for Service of Process.

4. Address where the party was served:   1209 ORANGE STREET, WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 14 2024 (2) at: 02:44 PM

6. **Person Who Served Papers:**
   a. Lisa Joyner
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111
   
   d. *The Fee* for Service was:   250.39

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/14/2024
(Date)                                    (Signature)



PROOF OF SERVICE

11612404
(6122078)