1  **LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
2    *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
3    *joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
4  San Francisco, CA 94111
Telephone: 415.391.0600
5
*Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI*
6  *OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup*
*Fund GP I, L.L.C., and OpenAI Startup Fund*
7  *Management, LLC in No. 3:24-cv-04710*

8

9

10

11

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

                  **SAN JOSE DIVISION**
14

15

16  DAVID MILLETTE, individually and on behalf          CASE NO. 5:24-cv-04708-EJD
of all others similarly situated,
17                                                      **DECLARATION OF ELANA**
                                                        **NIGHTINGALE DAWSON IN**
                            Plaintiff,                  **SUPPORT OF ADMINISTRATIVE**
18                                                      **MOTION TO CONSIDER WHETHER**
        v.                                              **CASES SHOULD BE RELATED**
19  GOOGLE LLC, YOUTUBE INC., and
ALPHABET INC.,
20                                                      Judge:  Hon. Edward John Davila
                            Defendants.
21

22

23

24

25

26

27

28

## DECLARATION OF ELANA NIGHTINGALE DAWSON

I, Elana Nightingale Dawson, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP and I am counsel for OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., and OpenAI Startup Fund Management, LLC (together, "OpenAI"). I am admitted to practice law in the District of Columbia and State of Illinois, and am presently a member in good standing of the bars of those jurisdictions. I have personal knowledge of the matters set forth herein, and would competently testify thereto under oath if called as a witness.

2. I submit this declaration in support of OpenAI's Administrative Motion to Consider Whether Cases Should be Related ("Administrative Motion").

3. In the Administrative Motion, OpenAI explains why *Millette v. Google LLC et al.*, No. 5:24-cv-04708-EJD, *Millette v. OpenAI, Inc. et al.*, No. 3:24-cv-04710-JD, and *Millette v. Nvidia Corporation*, No. 5:24-cv-05157-NC meet the definition of "related cases" under Civil Local Rule 3-12(a).

4. As contemplated by Civil Local Rule 7-11, OpenAI attempted to determine the positions of the other parties to the foregoing cases regarding whether the cases are related.

5. Counsel for Google and Nvidia have not yet appeared in their respective cases. I attempted to contact counsel who I believed may be representing Google and Nvidia, respectively, in the foregoing cases, but have been unable to confirm either of those parties' positions with respect to the relatedness of the cases.

6. I contacted counsel for plaintiff David Millette, who informed me by telephone that Mr. Millette does not believe the cases meet the definition of "related cases" in Local Rule 3-12(a).

7. For the foregoing reasons, OpenAI was not able to obtain a stipulation to accompany the Administrative Motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2024 in New York.

_____
Elana Nightingale Dawson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NIGHTINGALE DAWSON DECLARATION IN
SUPPORT OF ADMIN MOTION TO RELATE CASE
CASE NO. 5:24-CV-04708-EJD