**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
  joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

*Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., and OpenAI Startup Fund Management, LLC in No. 3:24-cv-04710*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>                                      Defendants. | CASE NO. 5:24-cv-04708-EJD<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Edward J. Davila |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 5:24-CV-04708-EJD

Before the Court is an Administrative Motion to Consider Whether Cases Should Be Related.

For the reasons stated in the Administrative Motion, as well as the Complaints filed in the cases at issue, the Court concludes and hereby orders that *Millette v. OpenAI, Inc. et al.*, Case No. 3:24-cv-04710-JD and *Millette v. Nvidia Corporation*, Case No. 5:24-cv-05157-NC are related to *Millette v. Google LLC et al.*, Case No. 5:24-cv-04708-EJD.

The Court further orders that *OpenAI* and *Nvidia* are reassigned to the Honorable Edward J. Davila.

**IT IS SO ORDERED.**

Dated: _____       _____
Honorable Judge Edward J. Davila
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 5:24-CV-04708-EJD