**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
  joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

*Attorneys for OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., and OpenAI Startup Fund Management, LLC in No. 3:24-cv-04710*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>                    Defendants. | CASE NO. 5:24-cv-04708-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Edward John Davila |

I, Everett Bulthuis, do hereby certify that on **August 23, 2024**, I caused the following documents:

- Administration Motion to Consider Whether Cases Should Be Related

- Declaration of Elana Nightingale Dawson In Support of Administrative Motion to Consider Whether Cases Should Be Related

- [Proposed] Order Regarding Administrative Motion to Consider Whether Cases Should Be Related

to be served by upon the following in the manner indicated below:

| | |
|---|---|
| Joshua Glatt<br>L. Timothy Fisher<br>Bursor & Fisher, P.A.<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br><br>*Attorneys for Plaintiff David Millette* | *By U.S. Mail* |
| Nvidia Corporation<br>2788 San Tomas Expressway<br>Santa Clara, CA 95051 | *By U.S. Mail* |
| YouTube Inc.<br>1209 Orange St.<br>Wilmington, DE 19801 | *By U.S. Mail* |
| Alphabet, Inc.<br>2710 Gateway Oaks Dr.<br>Sacramento, CA 95833 | *By U.S. Mail* |
| Google LLC<br>2710 Gateway Oaks Dr.<br>Sacramento, CA 95833 | *By U.S. Mail* |

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed on **August 23, 2024,** at Costa Mesa, California.

_____
Everett Bulthuis