**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
       jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
       jdiamond@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br> GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>                              Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**STATEMENT OF NON-OPPOSITION TO NON-PARTY OPEN AI, INC.'s ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:  Hon. Edward J. Davila |

Pursuant to Local Rule 7-3(b), Plaintiff David Millette ("Plaintiff") respectfully submits this Statement of Non-Opposition to Non-Party OpenAI, Inc., *et al's,* Administrative Motion to Consider Whether Cases Should be Related.  *Millette v. Google LLC, et al.,* Case No. 5:24-cv-04708-EJD, ECF No. 13.

Dated: August 27, 2024	**BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
            jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com
            jdiamond@bursor.com

*Attorneys for Plaintiff*