**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
MICHAEL ROME (SBN 272345)
  mrome@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
ANIKA HOLLAND (SBN 336071)
  aholland@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendants
**GOOGLE LLC, YOUTUBE, LLC,
and ALPHABET INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>                    Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**STIPULATION TO EXTEND DEFENDANTS GOOGLE LLC, YOUTUBE, LLC, AND ALPHABET INC.'S TIME TO RESPOND TO CLASS ACTION COMPLAINT (LOCAL RULE 6-1(A))**<br><br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: August 2, 2024 |

1  Pursuant to Northern District of California Local Rule 6-1(a), this Stipulation is entered into by and among David Millette ("Plaintiff") and Defendants Google LLC ("Google"), YouTube, LLC, ("YouTube"), and Alphabet Inc. ("Alphabet") (collectively, "Defendants"), by and through their respective undersigned counsel.

WHEREAS, on August 2, 2024, Plaintiff filed his Class Action Complaint ("CAC") against Defendants. ECF No. 1.

WHEREAS, on August 14, 2024, Defendants were all served with their respective Summons and a copy of the CAC. ECF Nos. 10–12.

WHEREAS, Defendants' current deadline to respond to the CAC is September 4, 2024. ECF Nos. 10–12.

WHEREAS, Plaintiff and Defendants have conferred and agree to extend Defendants' deadline to respond to the CAC by 60 days from September 4, 2024.

WHEREAS, Defendants' new deadline to respond to the CAC is November 4, 2024.

WHEREAS, pursuant to Local Rule 6-1(a), no Court order is required to extend the time within which to answer or otherwise respond because the change will not alter the date of any event or deadline already fixed by Court order.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants' deadline to answer or otherwise respond to the CAC shall be extended to 60 days after the current deadline.

**IT IS SO STIPULATED.**

Dated: August 30, 2024

**BURSOR & FISHER, P.A.**
L. Timothy Fisher
Joshua B. Glatt
Joseph I. Marchese
Julian C. Diamond

By:  /s/ L. Timothy Fisher
      L. Timothy Fisher

| | |
|---|---|
| | Attorneys for Plaintiff<br>DAVID MILLETTE |
| Dated: August 30, 2024 | **WILLKIE FARR & GALLAGHER LLP**<br>Benedict Hur<br>Simona Agnolucci<br>Michael Rome<br>Eduardo Santacana<br>Alyxandra Vernon<br>Anika Holland<br>Isabella McKinley Corbo |
| | By:  */s/ Benedict Hur*<br>     Benedict Hur |
| | Attorneys for Defendants<br>GOOGLE LLC, YOUTUBE, LLC, and<br>ALPHABET INC. |

## ECF ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Benedict Hur, am the ECF user whose identification and password are being used to file this Stipulation. I hereby certify that all other signatories to this document have concurred in its filing.

Dated:  August 30, 2024                    **WILLKIE FARR & GALLAGHER LLP**

                                           By:   */s/ Benedict Hur*
                                                 Benedict Hur