**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
MICHAEL ROME (SBN 272345)
  mrome@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
ALYXANDRA VERNON (SBN 327699) _
  avernon@willkie.com
ANIKA HOLLAND (SBN 336071)
  aholland@willkie.com
ISABELLA MCKINLEY CORBO (SBN  346226)
  icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:   (415) 858-7400

Attorneys for Defendants
**GOOGLE LLC, YOUTUBE, LLC,**
**and ALPHABET INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>      vs.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>                   Defendants. | Case No.  5:24-cv-04708-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE (LOCAL RULE 6-1(B))**<br><br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: August 2, 2024 |

Pursuant to Northern District of California Local Rule 6-1(b), David Millette ("Plaintiff") and Defendants Google LLC ("Google"), YouTube, LLC, ("YouTube"), and Alphabet Inc. ("Alphabet") (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, on August 2, 2024, Plaintiff filed his Class Action Complaint ("CAC") against Defendants. ECF No. 1.

WHEREAS, on August 30, the Parties stipulated to extend Defendants' time to respond to the complaint by 60 days, to November 4, 2024. ECF No. 23.

WHEREAS, on August 30, the parties agreed to the following proposed briefing schedule on any Motion to Dismiss that is filed on November 4, 2024:

- Plaintiff's Opposition to the Motion to Dismiss or amendment of the Complaint: December 16, 2024

- Defendants' Reply in support of Motion to Dismiss: January 16, 2025

WHEREAS, the Parties have agreed to these amendments in order to accommodate the schedules of counsel for both Parties.

NOW THEREFORE, pursuant to Local Rule 6-1, the Parties stipulate, subject to the Court's approval, as follows:

1. Plaintiff's opposition brief to any Motion to Dismiss or any amendment to the Complaint shall be filed by December 16, 2024; and

2. Defendants' reply brief to any opposition shall be filed by January 16, 2025.

1
**IT IS SO STIPULATED.**

2

3
Dated:  August 30, 2024

4

5

6

7

8

9

10
Dated:  August 30, 2024

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BURSOR & FISHER, P.A.**
L. Timothy Fisher
Joshua B. Glatt
Joseph I. Marchese
Julian C. Diamond

By:    */s/ L. Timothy Fisher*
       L. Timothy Fisher

       Attorneys for Plaintiff
       DAVID MILLETTE

**WILLKIE FARR & GALLAGHER LLP**
Benedict Hur
Simona Agnolucci
Michael Rome
Eduardo Santacana
Alyxandra Vernon
Anika Holland
Isabella Corbo

By:    */s/ Benedict Hur*
       Benedict Hur

Attorneys for Defendants
GOOGLE LLC, YOUTUBE, LLC, and
ALPHABET INC.

## <u>DECLARATION OF ISABELLA MCKINLEY CORBO</u>

I, Isabella McKinley Corbo, declare:

1.   I am an attorney admitted to practice in California, and counsel for Defendants in this matter.

2.     On August 30, the Parties stipulated to extend Defendants' time to answer the complaint by 60 days, to November 4, 2024. ECF No. 23.

3.     On August 30, the Parties agreed to the following proposed briefing schedule on any Motion to Dismiss that is filed on November 4, 2024:

- Plaintiff's Opposition to the Motion to Dismiss or amendment of the Complaint: December 16, 2024

- Defendants' Reply in support of Motion to Dismiss: January 16, 2025

4.     The Parties have agreed to these amendments in order to accommodate the schedules of counsel for both Parties.

I declare under penalty of perjury that the foregoing is true and correct.


*/s/ Isabella McKinley Corbo*
Isabella McKinley Corbo

1

## <u>ECF ATTESTATION</u>

2        Pursuant to Civil Local Rule 5-1, I, Benedict Hur, am the ECF user whose identification

3   and password are being used to file this Stipulation. I hereby certify that all other signatories to

4   this document have concurred in its filing.

5                                                    _/s/ Benedict Hur_____

6                                                       Benedict Hur

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

The Court, having reviewing the Joint Stipulation for an order extending briefing of any Motion to Dismiss filed by Defendants, hereby ORDERS as follows:

1.     Plaintiff's opposition brief to any Motion to Dismiss or any amendment to the Complaint shall be filed by December 16, 2024; and

2.     Defendants' reply brief to any opposition shall be filed by January 16, 2025.


**IT IS SO ORDERED.**


Dated:                                    _____

                                          HON. EDWARD J. DAVILA
                                          UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE
Case No. 5:24-cv-04708-EJD