**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
MICHAEL ROME (SBN 272345)
  mrome@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
ALYXANDRA VERNON (SBN 327699) _
  avernon@willkie.com
ANIKA HOLLAND (SBN 336071)
  aholland@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
  icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

Attorneys for Defendants
**GOOGLE LLC, YOUTUBE, LLC,
and ALPHABET INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE (LOCAL RULE 6-1(B))**<br><br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: August 2, 2024 |

Pursuant to Northern District of California Local Rule 6-1(b), David Millette ("Plaintiff") and Defendants Google LLC ("Google"), YouTube, LLC, ("YouTube"), and Alphabet Inc. ("Alphabet") (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, on August 2, 2024, Plaintiff filed his Class Action Complaint ("CAC") against Defendants. ECF No. 1.

WHEREAS, on August 30, the Parties stipulated to extend Defendants' time to respond to the complaint by 60 days, to November 4, 2024. ECF No. 23.

WHEREAS, on August 30, the parties agreed to the following proposed briefing schedule on any Motion to Dismiss that is filed on November 4, 2024:

- Plaintiff's Opposition to the Motion to Dismiss or amendment of the Complaint: December 16, 2024
- Defendants' Reply in support of Motion to Dismiss: January 16, 2025

WHEREAS, the Parties have agreed to these amendments in order to accommodate the schedules of counsel for both Parties.

NOW THEREFORE, pursuant to Local Rule 6-1, the Parties stipulate, subject to the Court's approval, as follows:

1. Plaintiff's opposition brief to any Motion to Dismiss or any amendment to the Complaint shall be filed by December 16, 2024; and
2. Defendants' reply brief to any opposition shall be filed by January 16, 2025.

1  **IT IS SO STIPULATED.**

3  Dated: August 30, 2024        **BURSOR & FISHER, P.A.**
                                  L. Timothy Fisher
                                  Joshua B. Glatt
                                  Joseph I. Marchese
                                  Julian C. Diamond

                                  By:  */s/ L. Timothy Fisher*
                                       L. Timothy Fisher

                                  Attorneys for Plaintiff
                                  DAVID MILLETTE

10 Dated: August 30, 2024        **WILLKIE FARR & GALLAGHER LLP**
                                  Benedict Hur
                                  Simona Agnolucci
                                  Michael Rome
                                  Eduardo Santacana
                                  Alyxandra Vernon
                                  Anika Holland
                                  Isabella Corbo

                                  By:  */s/ Benedict Hur*
                                       Benedict Hur

                                  Attorneys for Defendants
                                  GOOGLE LLC, YOUTUBE, LLC, and
                                  ALPHABET INC.

**[PROPOSED] ORDER**

The Court, having reviewing the Joint Stipulation for an order extending briefing of any Motion to Dismiss filed by Defendants, hereby ORDERS as follows:

1. Plaintiff's opposition brief to any Motion to Dismiss or any amendment to the Complaint shall be filed by December 16, 2024; and

2. Defendants' reply brief to any opposition shall be filed by January 16, 2025.

**IT IS SO ORDERED.**

Dated:   September 3, 2024

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE