**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
           jglatt@bursor.com

*Attorneys for Plaintiff*

*[additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND I, L.P., OPENAI STARTUP FUND GP I, L.L.C., and OPENAI STARTUP FUND MANAGEMENT, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE**<br><br>Hon. Edward J. Davila |

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on August 2, 2024, Plaintiff David Millette filed his complaint in this action |
| 3 | (ECF No. 1); |
| 4 | WHEREAS, Defendants filed their Motion to Dismiss on September 4, 2024, Plaintiff's |
| 5 | Opposition to Defendants' Motion to Dismiss is due on September 18, 2024, and Defendants' |
| 6 | Reply is due September 25, 2024 (ECF No. 35); |
| 7 | WHEREAS, the case was reassigned to Judge Edward J. Davila on September 6, 2024 |
| 8 | (ECF No. 37); |
| 9 | WHEREAS, the Motion to Dismiss hearing is currently scheduled for November 7, 2024; |
| 10 | WHEREAS, the Parties met and conferred and Plaintiff's counsel requested an additional |
| 11 | 30 days to respond to Defendants' Motion to Dismiss.  Defendants requested an additional 30-day |
| 12 | extension for their Reply.  The Parties also agreed to stay discovery until the pleadings are |
| 13 | resolved. |
| 14 | NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE |
| 15 | PARTIES, through their respective counsel and subject to the Court's approval that: |

- Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss be moved from **September 18, 2024** to **October 18, 2024**.
- Defendants' deadline to file its Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss be moved from **September 25, 2024** to **November 18, 2024**.
- Discovery is stayed while the Motion is pending.
- A hearing on the Motion to Dismiss be held on **Thursday, January 16, 2025** or a date as set by the Court.

Dated:  September 17, 2024         Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)

|   |   |
|---|---|
| | 1990 North California Blvd., 9th Floor |
| | Walnut Creek, CA 94596 |
| | Telephone: (925) 300-4455 |
| | Facsimile: (925) 407-2700 |
| | E-mail: ltfisher@bursor.com |
| | jglatt@bursor.com |
| | |
| | Joseph I. Marchese (*pro hac vice* forthcoming) |
| | Julian C. Diamond (*pro hac vice* forthcoming) |
| | 1330 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019 |
| | Telephone: (646) 837-7150 |
| | Facsimile: (212) 989-9163 |
| | E-Mail: jmarchese@bursor.com |
| | jdiamond@bursor.com |
| | |
| | *Attorneys for Plaintiff* |
| Dated: September 17, 2024 | **LATHAM & WATKINS LLP** |
| | |
| | By: __*/s/ Elana Nightingale Dawson*__ |
| | Elana Nightingale Dawson |
| | |
| | Andrew M. Gass (SBN 259694) |
| | *andrew.gass@lw.com* |
| | Joseph R. Wetzel (SBN 238008) |
| | *joe.wetzel@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone: 415.391.0600 |
| | |
| | Sarang V. Damle (*pro hac vice*) |
| | *sy.damle@lw.com* |
| | Elana Nightingale Dawson (*pro hac vice*) |
| | *elana.nightingaledawson@lw.com* |
| | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004 |
| | Telephone: (202) 637-2200 |
| | |
| | Allison L. Stillman (*pro hac vice*) |
| | *alli.stillman@lw.com* |
| | Rachel R. Blitzer (*pro hac vice*) |
| | *rachel.blitzer@lw.com* |
| | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| | Telephone: (212) 906-1200 |

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
  jgratz@mofo.com
Vera Ranieri (SBN 271594)
  vranieri@mofo.com
Melody E. Wong (SBN 341494)
  melodywong@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000

Allyson R. Bennett (SBN 302090)
  abennett@mofo.com
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone:  (213) 892-5200

Carolyn M. Homer (SBN 286441)
  cmhomer@mofo.com
2100 L Street NW Suite 900
Washington, D.C., 20037-1525
Telephone:  (202) 887-1500

Max I. Levy (SBN 346289)
  mlevy@mofo.com
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:  (653) 813- 5600

*Attorneys for Defendants*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

      */s/ L. Timothy Fisher*
         L. Timothy Fisher

# [PROPOSED] ORDER

Upon review of the foregoing stipulation of the Parties, and finding good cause for the same, the Court hereby orders the following deadlines amended as follows:

- Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss be moved from **September 18, 2024** to **October 18, 2024**.
- Defendants' deadline to file its Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss be moved from **September 25, 2024** to **November 18, 2024**.
- Discovery is stayed while the Motion is pending.
- A hearing on the Motion to Dismiss be held on **January 16, 2025** or _____.

**IT IS SO ORDERED.**

Dated: _____

Hon. Edward J. Davila
United States District Judge