**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
           jglatt@bursor.com

*Attorneys for Plaintiff*

*[additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all other persons similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>                    Defendants. | Case No.: 5:24-cv-04708-EJD<br><br>**NOTICE OF WITHDRAWAL OF STIPULATION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Civil L.R. 77-2(b), Plaintiff respectfully requests ECF No. 27 in *Millette v. Google et al*, Case No. 5:24-cv-04708-EJD be removed from the docket. ECF No. 27 was inadvertently filed in the incorrect matter and has since been granted in the proper matter. *See Millette v. OpenAI, Inc. et al*, Case No. 5:24-cv-04710-EJD, ECF Nos. 41-42.

Dated:  September 19, 2024  **BURSOR & FISHER, P.A.**

By:   */s/ Joshua B. Glatt*
    Joshua B. Glatt

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        jglatt@bursor.com

Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail:  jmarchese@bursor.com
        jdiamond@bursor.com

*Attorneys for Plaintiff*