**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
MICHAEL ROME (SBN 272345)
   mrome@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
ALYXANDRA VERNON (SBN 327699)
   avernon@willkie.com
ANIKA HOLLAND (SBN 336071)
   aholland@willkie.com
ISABELLA MCKINLEY CORBO (SBN  346226)
   icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:   (415) 858-7400

Attorneys for Defendants
**GOOGLE LLC, YOUTUBE, LLC,**
**and ALPHABET INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>   vs.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.<br><br>         Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR CASE MANAGEMENT CONFERENCE AND RULE 26(f) DEADLINES (LOCAL RULE 6-1(b))**<br><br>Judge: Hon. Edward J. Davila<br><br>Complaint Filed: August 2, 2024 |

1    Pursuant to Northern District of California Local Rule 6-1(b), this Stipulation is entered into by
2    and among David Millette ("Plaintiff") and Defendants Google LLC ("Google"), YouTube, LLC,
3    ("YouTube"), and Alphabet Inc. ("Alphabet") (collectively, "Defendants") (together, the "Parties"), by
4    and through their respective undersigned counsel.
5    WHEREAS, on August 2, 2024, Plaintiff filed his Class Action Complaint ("CAC") against
6    Defendants. ECF No. 1.
7    WHEREAS, on August 14, 2024, Defendants were all served with their respective Summons and
8    a copy of the CAC. ECF Nos. 10–12.
9    WHEREAS, on August 30, 2024, the Parties stipulated to extend Defendants' time to respond to
10   the complaint by 60 days, to November 4, 2024. ECF No. 23.
11   WHEREAS, on September 3, 2024, the Court granted the Parties' joint stipulation to extend the
12   briefing schedule on any Motion to Dismiss that is filed on November 4, 2024, as follows:
13   - Plaintiff's Opposition to the Motion to Dismiss or amendment of the Complaint:
14     December 16, 2024
15   - Google's Reply in support of Motion to Dismiss: January 16, 2025.
16   ECF No. 26.
17   WHEREAS, on August 6, 2024, the Clerk issued a notice resetting the Initial Case Management
18   Conference for November 7, 2024, with a Joint Case Management Statement due by October 25, 2024.
19   ECF No. 9.
20   WHEREAS, on September 18, 2024, the Parties agreed that the Initial Case Management
21   Conference and all related deadlines under Federal Rule of Civil Procedure 26(f) should be re-set to 30
22   days after a ruling on any forthcoming Motion to Dismiss.
23   WHEREAS, on September 18, 2024, the Parties agreed that a Joint Case Management Statement
24   should be due 14 days before the Initial Case Management Conference.
25   WHEREAS, the Parties have agreed to these amendments in the interests of efficiency and so that
26   justice may be done.
27
28

NOW THEREFORE, pursuant to Local Rule 6-1, the Parties stipulate, subject to the Court's approval, as follows:

1. The Initial Case Management Conference currently set for November 7, 2024 is vacated.
2. The Initial Case Management Conference and all related deadlines under Federal Rule of Civil Procedure 26(f) shall be re-set to 30 days after a ruling on any forthcoming Motion to Dismiss.
3. A Joint Case Management Statement shall be due 14 days before the Initial Case Management Conference.

**IT IS SO STIPULATED.**

Dated:  September 24, 2024

**BURSOR & FISHER, P.A.**
L. Timothy Fisher
Joshua B. Glatt
Joseph I. Marchese
Julian C. Diamond

By:   */s/ L. Timothy Fisher*
　　　L. Timothy Fisher

Attorneys for Plaintiff
DAVID MILLETTE

Dated:  September 24, 2024

**WILLKIE FARR & GALLAGHER LLP**
Benedict Hur
Simona Agnolucci
Michael Rome
Eduardo Santacana
Alyxandra Vernon
Anika Holland
Isabella McKinley Corbo

By:   */s/ Benedict Hur*
　　　*Benedict Hur*

Attorneys for Defendants
GOOGLE LLC, YOUTUBE, LLC, and
ALPHABET INC

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Benedict Hur, am the ECF user whose identification and password are being used to file this Stipulation. I hereby certify that all other signatories to this document have concurred in its filing.

Dated:  September 24, 2024                                    **WILLKIE FARR & GALLAGHER LLP**

                                                              By:    */s/ Benedict Hur*
                                                                     Benedict Hur

## DECLARATION OF MICHAEL ROME

I, Michael Rome, declare:

1. I am an attorney admitted to practice law in the State of California, and counsel for Defendants in this matter.

2. On September 18, 2024 the Parties agreed that the Initial Case Management Conference and all related deadlines under Federal Rule of Civil Procedure 26(f) should be re-set to 30 days after a ruling on any forthcoming Motion to Dismiss.

3. On September 18, 2024, the Parties agreed that a Joint Case Management Statement should be due 14 days before the Initial Case Management Conference.

4. The Parties have agreed to these amendments in the interests of efficiency and so that justice may be done.

I declare under the laws of the United States that the foregoing is true and correct. Executed this 24th day of September in San Francisco, California.


                        */s/ Michael Rome*
                        Michael Rome

**[PROPOSED] ORDER**

The Court, having reviewed the Joint Stipulation for an order re-setting the Initial Case Management Conference and all related deadlines under Federal Rule of Civil Procedure 26(f), and the Joint Case Management Statement, hereby ORDERS as follows:

1. The Initial Case Management Conference currently set for November 7, 2024 is vacated.
2. The Initial Case Management Conference and all related deadlines under Federal Rule of Civil Procedure 26(f) shall be re-set to 30 days after a ruling on any forthcoming Motion to Dismiss.
3. A Joint Case Management Statement shall be due 14 days before the Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: _____

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE