**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
           jglatt@bursor.com

*Attorneys for Plaintiff*

*[additional counsel listed on signature page]*

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
MICHAEL ROME (SBN 272345)
mrome@willkie.com
EDUARDO SANTACANA (SBN 281668)
esantacana@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
ANIKA HOLLAND (SBN 336071)
aholland@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>                                             Plaintiff,<br>v.<br><br>GOOGLE LLC, YOUTUBE INC., and ALPHABET INC.,<br><br>                                             Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT ALPHABET INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

**STIPULATION**

WHEREAS, on August 2, 2024, Plaintiff David Millette filed his Complaint against Defendants Google LLC, YouTube Inc., and Alphabet Inc. (ECF No. 1);

WHEREAS, on Alphabet Inc. was served was the Complaint and summons on August 16, 2024 (ECF No. 10);

WHEREAS, on August 28, 2024 this case was reassigned to the Honorable Judge Edward J. Davila (ECF No. 15);

WHEREAS, on August 30, 2024, the Parties stipulated to extending Defendants' deadline to respond to Plaintiff's Complaint to November 4, 2024 (ECF No. 23), which was granted (ECF No. 26);

NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Defendant Alphabet Inc. is voluntarily dismissed from this action without prejudice. This stipulation of dismissal as to Defendant Alphabet Inc. is based on representations from Counsel for Alphabet Inc. that Alphabet Inc. is a holding company only and does not provide to putative class members any of the Google products or services identified in the Complaint. No Answer or Motion for Summary Judgement has been filed in this matter by Alphabet Inc. Defendants Google LLC and YouTube Inc. will remain as Defendants in this matter and all claims against them will continue.

Dated: September 26, 2024        **BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            jglatt@bursor.com

Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)

1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail:  jmarchese@bursor.com
              jdiamond@bursor.com

*Attorneys for Plaintiff*

Dated: September 26, 2024         **WILLKIE FARR & GALLAGHER LLP**

By:   /s/ Michael Rome
            Michael Rome

BENEDICT HUR (SBN 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
MICHAEL ROME (SBN 272345)
mrome@willkie.com
EDUARDO SANTACANA (SBN 281668)
esantacana@willkie.com
ALYXANDRA VERNON (SBN 327699)
avernon@willkie.com
ANIKA HOLLAND (SBN 336071)
aholland@willkie.com
ISABELLA MCKINLEY CORBO (SBN 346226)
icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

I, L. Timothy Fisher, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: September 26, 2024          */s/ L. Timothy Fisher*
                                             L. Timothy Fisher