| | |
|---|---|
| WILLKIE FARR & GALLAGHER<br>BENEDICT HUR (SBN 224018)<br>  bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN 246943)<br>  sagnolucci@willkie.com<br>MICHAEL ROME (SBN 272345)<br>  mrome@willkie.com<br>EDUARDO SANTACANA (SBN 281668)<br>  esantacana@willkie.com<br>ALYXANDRA VERNON (SBN 327699)<br>  avernon@willkie.com<br>ANIKA HOLLAND (SBN 336071)<br>  aholland@willkie.com<br>ISABELLA MCKINLEY CORBO (SBN 346226)<br>  icorbo@willkie.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 858-7400<br><br>Attorneys for Defendants<br>**GOOGLE LLC and YOUTUBE, LLC** | BURSOR & FISHER, P.A.<br>L. TIMOTHY FISHER (SBN 191626)<br>  ltfisher@bursor.com<br>JOSHUA B. GLATT (SBN 354064)<br>  jglatt@bursor.com<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br><br>Attorneys for Plaintiffs<br>**DAVID MILLETTE and RUSLANA PETRYAZHNA** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE**

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>GOOGLE LLC and YOUTUBE INC.,<br><br>        Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br>            **\*AS MODIFIED\***<br><br>Judge: Hon. Edward J. Davila |

Pursuant to Northern District of California Local Rules 6-1 and 6-2, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, Defendants filed their Motion to Dismiss on November 4, 2024 (ECF No. 33);

WHEREAS, pursuant to the Parties' stipulation, ECF No. 24, and order of this Court, ECF No. 26, Plaintiff's Opposition to Defendants' Motion to Dismiss was due on December 16, 2024, Defendants' Reply to Plaintiff's Opposition was due on January 16, 2025, and a hearing on the Motion to Dismiss was set for Thursday, February 13, 2025;

WHEREAS, Plaintiffs filed an Amended Complaint on December 16, 2025;

WHEREAS, Defendants' response to the Amended Complaint is due on December 30, 2024;

WHEREAS, the Parties met and conferred and agreed to the below briefing schedule to accommodate the schedules of counsel for both Parties and of related-party Nvidia Corporation;

WHEREAS, consistent with their prior agreement and stipulation, *see* ECF No. 29, the Parties agree that discovery shall be stayed while Defendants' anticipated Motion to Dismiss remains pending;

WHEREAS, extending the deadlines as requested above would require moving the hearing on the Motion to Dismiss, which is currently set for February 13, 2025, *see* ECF No. 33, and the Case Management Conference, which is also currently set for February 13, 2025, *see* ECF No. 31;

**NOW THEREFORE**, it is hereby stipulated by and between the Parties, through their respective counsel and subject to the Court's approval that:

- Defendants' deadline to file a Motion to Dismiss the Amended Complaint be moved from **December 30, 2024** to **February 14, 2025**;
- Plaintiffs' deadline to file an Opposition to Defendants' Motion to Dismiss will be **April 4, 2025**;
- Defendants' deadline to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss will be **May 5, 2025**;
- Discovery is stayed while Defendants' anticipated Motion to Dismiss the Amended Complaint is pending.

Dated: December 17, 2024

By: /s/ L. Timothy Fisher
**BURSOR & FISHER, P.A.**
L. Timothy Fisher
Joshua B. Glatt

Attorneys for Plaintiffs
DAVID MILLETTE and RUSLANA PETRYAZHNA

By: /s/ Benedict Hur
**WILLKIE FARR & GALLAGHER LLP**
Benedict Hur
Simona Agnolucci
Michael Rome
Eduardo Santacana
Alyxandra Vernon
Anika Holland
Isabella McKinley Corbo

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

2
STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXTENSION OF TIME
Case No. 5:24-cv-04708-EJD

# ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Extension of Time to Respond to the First Amended Complaint. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Benedict Hur, attest that concurrence in the filing of this document has been obtained.

Dated: December 17, 2024                    By:  /s/ Benedict Hur
                                                  Benedict Hur

**[PROPOSED] ORDER**

Upon review of the foregoing stipulation of the Parties, and finding good cause for the same, the Court hereby amends the following deadlines as follows:

- Defendants' deadline to file a Motion to Dismiss the Amended Complaint be moved from **December 30, 2024** to ~~February 14, 2025~~ **February 10, 2025;**
- Plaintiffs' deadline to file an Opposition to Defendants' Motion to Dismiss will be ~~April 4, 2025~~ **March 24, 2025;**
- Defendants' deadline to file a Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss will be ~~May 5, 2025~~ **April 14, 2025;**
- The hearing on Defendants' Motion to Dismiss is set for **May 15, 2025 at 9:00am**;
- Discovery is stayed while Defendants' anticipated Motion to Dismiss the Amended Complaint is pending.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 19, 2024

_____
Hon. Edward J. Davila
United States District Judge