**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
        jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
        jdiamond@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE and RUSLANA PETRYAZHNA, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC and YOUTUBE INC.,<br><br>  Defendants. | Case No. 5:24-cv-04708-EJD<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: May 15, 2025<br>Time:  9:00 AM<br>Courtroom:  4 – 5th Floor<br>Judge:  Hon. Edward J. Davila |

Pursuant to N.D. Cal. Civ. L.R. 7-3(b), Plaintiffs respectfully submit this Statement of Non-Opposition to Defendants' Motion to Dismiss (ECF No. 38) Plaintiffs' state law claims under Counts I and II of the First Amended Complaint.  ECF No. 35.  Plaintiff Millette does not oppose Defendants' Motion to Dismiss Count III of the First Amended Complaint.  The Direct Copyright Infringement claim asserted by Plaintiff Petryazhna under Count IV remains unaffected by this Statement as it was not challenged in Defendants' Motion.

Dated: February 21, 2025          **BURSOR & FISHER, P.A**.

By:   */s/ L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            jglatt@bursor.com

**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice* forthcoming)
Julian C. Diamond (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jmarchese@bursor.com
            jdiamond@bursor.com

*Attorneys for Plaintiffs*