UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MILLETTE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC, et al.,<br><br>    Defendants. | Case No.  5:24-cv-04708-EJD<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: ECF No. 38 |

After Plaintiffs David Millette and Ruslana Petryazhna filed their First Amended Complaint, ECF No. 35, Defendants Google LLC and YouTube Inc. moved to dismiss their state-law claims (Counts I–III).  ECF No. 38.  Plaintiffs indicated that they do not oppose dismissal of their state-law claims. ECF No. 40.  Therefore, the Court **GRANTS** the motion to dismiss and dismisses Counts I–III with prejudice.  This case shall proceed on Count IV (direct copyright infringement).

**IT IS SO ORDERED.**

Dated:  March 24, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:24-cv-04708-EJD
ORDER GRANTING MOT. TO DISMISS          1