WILLKIE FARR & GALLAGHER
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
MICHAEL ROME (SBN 272345)
  mrome@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
ALYXANDRA VERNON (SBN 327699)
  avernon@willkie.com
ANIKA HOLLAND (SBN 336071)
  aholland@willkie.com
ISABELLA MCKINLEY CORBO (SBN  346226)
  icorbo@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA  94104
Telephone:  (415) 858-7400

Attorneys for Defendants
**GOOGLE LLC and YOUTUBE, LLC**

BURSOR & FISHER, P.A.
L. TIMOTHY FISHER (SBN 191626)
  ltfisher@bursor.com
JOSHUA B. GLATT (SBN 354064)
  jglatt@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455

Attorneys for Plaintiffs
**DAVID MILLETTE and RUSLANA
PETRYAZHNA**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE

DAVID MILLETTE and RUSLANA
PETRYAZHNA, individually and on behalf of all
others similarly situated,

                    Plaintiffs,

        vs.

GOOGLE LLC and YOUTUBE INC.,

                    Defendants.

Case No.  5:24-cv-04708-EJD

**JOINT STIPULATION AND
[PROPOSED] ORDER REGARDING
RESCHEDULING THE INITIAL
CASE MANAGEMENT
CONFERENCE AND SETTING
DEADLINES FOR SECOND
AMENDED COMPLAINT AND
ANSWER**

Judge: Hon. Edward J. Davila

Pursuant to Northern District of California Local Rules 6-1 and 6-2, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, Defendants filed their Motion to Dismiss the First Amended Class Action Complaint on February 11, 2025 (ECF No. 38) seeking dismissal of all of the state-law claims filed by plaintiffs David Millette ("Millette") and Ruslana Petryazhna ("Petryazhna");

WHEREAS, Plaintiffs filed a Statement of Non-Opposition to Defendants' Motion to Dismiss the First Amended Class Action Complaint on February 21, 2025 (ECF No. 40) indicating that Millette and Petryazhna did not oppose dismissal of the state-law claims, but noting that Petryazhna's claim for direct copyright infringement (Count IV), which was not challenged in Defendants' motion to dismiss, would survive;

WHEREAS, the Court granted Defendants Motion to Dismiss the First Amended Class Action Compliant on March 24, 2025;

WHEREAS, the Court's order dismissed counts I-III with prejudice, thereby dismissing with prejudice the only claims filed by Millette and leaving Count IV for direct copyright infringement brought by plaintiff Petryazhna;

WHEREAS, the parties have met and conferred and agree that the operative complaint should be amended to remove claims and allegations on behalf of Millette that are no longer live in light of the dismissal of his claims before Defendants file their Answer;

WHEREAS, the parties agree that the newly amended complaint will remove claims and factual allegations related to Millette, and will assert only a single claim for direct copyright infringement on behalf of Petryazhna and the putative class(es) she seeks to represent, based on the same facts and circumstances alleged in the First Amended Complaint;

WHEREAS, the Court set an Initial Case Management Conference on April 17, 2025, with a Joint Case Management Statement due April 7, 2025;

WHEREAS, counsel for Defendants is out of the country and unavailable on April 17, 2025;

WHEREAS, the Parties met and conferred and agreed to the below pleading and conference schedule to accommodate the schedules of counsel for both Parties and of related-party Open AI;

1     **NOW THEREFORE**, it is hereby stipulated by and between the Parties, through their

2  respective counsel and subject to the Court's approval that:

3     • Plaintiffs' deadline to file a Second Amended Complaint removing the dismissed claims

4       and dismissing David Millette from this action and asserting a single claim for direct

5       copyright infringement on behalf of Ruslana Petryazhna will be **April 7, 2025**;

6     • Defendants' deadline to file an Answer will be **May 7, 2025**;

7     • The Initial Case Management Conference will be **May 1, 2025**, with a Joint Case

8       Management Statement due **April 21, 2025**.

9

10  Dated:  March 25, 2025                    By:   */s/ L. Timothy Fisher*
                                                    **BURSOR & FISHER, P.A.**
11                                                  L. Timothy Fisher
                                                    Joshua B. Glatt
12
                                                    Attorneys for Plaintiffs
13                                                  DAVID MILLETTE and RUSLANA
                                                    PETRYAZHNA
14

15                                           By:   */s/ Benedict Hur*
                                                    **WILLKIE FARR & GALLAGHER LLP**
16                                                  Benedict Hur
                                                    Simona Agnolucci
17                                                  Michael Rome
                                                    Eduardo Santacana
18                                                  Alyxandra Vernon
                                                    Anika Holland
19                                                  Isabella McKinley Corbo

20                                                  Attorneys for Defendants
                                                    GOOGLE LLC and YOUTUBE, LLC
21

22

23

24

25

26

27

28

1                                    [~~PROPOSED~~] ORDER

2          Upon review of the foregoing stipulation of the Parties, and finding good cause for the

3    same, the Court hereby amends the following deadlines as follows:

4      • Plaintiffs' deadline to file a Second Amended Complaint removing the dismissed claims

5         and dismissing David Millette from this action and asserting a single claim for direct

6         copyright infringement on behalf of Ruslana Petryazhna will be **April 7, 2025**;

7      • Defendants' deadline to file an Answer will be **May 7, 2025**;

8      • The Initial Case Management Conference will be **May 1, 2025**, with a Joint Case

9         Management Statement due **April 21, 2025**.

10

11   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13   Dated:  March 26, 2025

14                                              Hon. Edward J. Davila
                                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING RESCHEDULING CMC
Case No.  5:24-cv-04708-EJD